UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Chicago Surgical Clinic Ltd.,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | 18-30089 |
| | ) | |
| | ) | Hon. LaShonda A. Hunt |

**DECLARATION OF YELENA LEVITIN
IN SUPPORT OF MOTION UNDER 11 USC §333.**

1. After being duly sworn, and under penalty of perjury, I submit this Declaration in support of the First Day Motions. I am familiar with the contents of each First Day Motion, including the exhibits annexed thereto, and I believe that the relief sought in each First Day Motion: (a) is necessary to preserve the value of the Debtor's estate; (b) is necessary to ensure that the Debtor's patients continue to receive the highest quality of care without interruption during the pendency of this case; (c) is integral to the successful reorganization of the Debtor; and (d) serves the best interests of the Debtor's estate, creditors, and other parties in interest.

2. I am a licensed physician and surgeon in the State of Illinois and have been president of Chicago Surgical Clinic Ltd. since its formation in 2001.

3. Chicago Surgical Clinic Ltd. performs surgeries at 129 W. Rand Road in Arlington Heights and in hospitals in the northwest suburbs.

4. Chicago Surgical Clinic Ltd. performs approximately 25 procedures a week and emergency surgery as necessary. Chicago Surgical Clinic Ltd., provides no overnight facilities for patients. All surgeries at the Rand Road Facility are on an outpatient basis.

5. Chicago Surgical Clinic provides surgical support for four hospitals and performs surgeries where necessary at the hospital on both an emergency and non-emergency basis.

6. Chicago Surgical Clinic Ltd. performs many types of surgery but the majority involve the stomach and intestinal areas.

7. Chicago Surgical Clinic Ltd. has 12 employees, three of whom are physicians.

8. In 2017 Chicago Surgical grossed approximately $2,000,000 and was profitable and continues to be so.

9. The reason for filing this chapter 11 proceeding was the entry of a judgment in the Circuit Court of Cook County in the case of Kokocharov v. Chicago Surgical Clinic Ltd., in the amount of $726,427.01. The cause of action was failure to pay wages and vacation pay. Attorney fees in the amount of $406,670.09 were included in the judgment amount. Chicago Surgical denied that any amounts were due under the employment contract with Kokocharov and the matter is now on appeal. Kokocharov was a physician who had worked at the Debtor.

10. The Debtor's primary pre-petition secured debt consisted of a secured loan from First Bank and Trust now known as Byline Bank in the amount of $2,786,230.70 with a maturity date of September 30, 2021. The loan is current and not in default. The debtor has other secured debt in the form of purchase money loans or leases for the equipment.

11. The Debtor has regular unsecured debt and the $726,427.01 judgment.

12. The Debtor will be able to continue to provide high quality medical care going forward.

13. Based on the foregoing, I believe that the facts and circumstances of this case justify the Bankruptcy Court's exercise of its discretion to decline to appoint an ombudsman because an ombudsman is not necessary for the protection of the patients.

Dated: November 8, 2018
Arlington Heights, Illinois

                                      Respectfully submitted,

                                      _____
                                      */s/ Yelena Levitin M.D.*
                                      *President, Chicago Surgical Clinic Ltd.*

Jeffrey Strange & Associates
Attorney for debtor
717 Ridge Road
Wilmette, Illinois 60091
ARDC # 3122923
T: (847) 256-7377;
F: (847) 256-1681
jstrangelaw@aol.com