CHICAGO SURGICAL CLINIC, LTD
Projected Income Statement for the One Months Ended 01/31/19
January 31, 2019

| | |
|---|---:|
| **Income from Operations** | |
| Fees Collected | 230,000 |
| Rental Income | 2,600 |
| Total Income from Operations | 232,600 |
| **Operating Expenses** | |
| Clinic Supplies & Lab Expense | 8,900 |
| Advertising | 2,200 |
| Answering Service | 110 |
| Auto Expense | 780 |
| Bank Service Charges | 190 |
| Books | 60 |
| Credit Card Charges | 620 |
| Communication Expense | 2,100 |
| Data Processing | 2,000 |
| Depreciation | 1,700 |
| Dues & Subscriptions | 400 |
| Education & Seminars | 200 |
| Insurance | 17,100 |
| Licenses | 200 |
| Maintenance & Repairs | 5,000 |
| Officer's Salary | 15,100 |
| Office Expense | 1,860 |
| Payroll Processing Service | 160 |
| Payroll Tax Expenses | 7,000 |
| Pension Plan Contribution | 1,500 |
| Pension Plan Expense | 250 |
| Postage & Delivery | 500 |
| Printing | 200 |
| Professional Fees | 2,600 |
| Promotion | 60 |
| Rent | 17,000 |
| Security | 40 |
| Subcontractors | 2,900 |
| Transportation | 240 |
| Travel | 1,160 |
| Utilities | 2,260 |
| Uniforms | 80 |
| Salaries & Wages | 100,000 |
| Total Operating Expenses | 194,470 |
| Operating Income (Loss) | 38,130 |
| **Other Income & Expenses** | |
| Interest Expense | 3,900 |
| Total Other Income & Expenses | 3,900 |
| Net Income (Loss) Before Income Tax | 34,230 |