UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-30089 |
| | ) | |
| Chicago Surgical Clinic Ltd. | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
AND GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of Chicago Surgical Clinic, LTD.,

an Illinois corporation, Debtor/Debtor-in-Possession herein ("Debtor"), for Authority to Use Cash

Collateral;  pursuant to Section 363  of the Bankruptcy Code (the "Motion"); proper notice as

required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; any

objections having been either being resolved or overruled, this Court having determined that the

Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion are

necessary to avoid  immediate and irreparable harm to the Debtor's estate pending a final hearing on

the Motion; and this Court being fully advised in the premises;

 NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

  A) The Debtor is authorized to use cash collateral to pay post-petition expenses to third parties

during the period of November 1, 2018, through January 17, 2019, to the extent set forth on Exhibit

A  plus ten percent (10%);

  B) In return for the Debtors' continued interim use of cash collateral, First Bank and Trust, now

known as Byline Bank (the "Lender")  is granted the following adequate protection for their

claimed secured interests in the following: cash collateral equivalents, including the Debtor's cash

and accounts receivable, among other collateral (the "Collateral");

1.  The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the

   Debtor's books and records;

2.  The Debtor shall maintain and pay premiums for insurance;

3.  The Debtor shall, upon reasonable request, make available to the Lender evidence of that which

constitutes their collateral or proceeds;

4.  The Debtor will properly maintain the Collateral in good repair and properly manage the

Collateral;

5.  Lender is granted replacement liens, attaching to the Collateral, but only to the extent of their

pre-petition liens. As additional adequate protection Debtor will pay First Bank and Trust, now

known as Byline Bank, on the first day of each month all accrued unpaid interest calculated at 5%

interest as set forth in the Note in the principal amount of $600,000.00 and shall be at least $2,625.00;

6. Any objections due on or before January 9, 2019;

7.  A final hearing on the Motion is scheduled before this Court on January 16, 2019, at  10:30 a.m.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  November 21, 2018

**Prepared by:**

Jeffrey Strange & Associates
Attorney for debtor
717 Ridge Road
Wilmette, Illinois 60091
ARDC # 3122923
T: (847) 256-7377;
F: (847) 256-1681
jstrangelaw@aol.com