# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 18-30089 |
| CHICAGO SURGICAL CLINIC, LTD | Chapter 11 |
| | Judge LaShonda A. Hunt |
| Debtor. | **November 29, 2018 at 10:00 a.m.** |

## NOTICE OF MOTION OF STOYAN KOKOCHAROV
## FOR RELIEF FROM THE AUTOMATIC STAY

To:   Attached Service List

**YOU ARE HEREBY NOTIFIED** that on the 29th day of November, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear in this case before Judge LaShonda A. Hunt at Everett S. Dirksen U.S. Courthouse, 219 S. Dearborn Street, Courtroom 719, Chicago, Illinois and then and there present the **Motion of Stoyan Kokocharov for Relief from the Automatic Stay**, a copy of which is hereby served upon you.

Dated:  November 26, 2017                     By:  /s/ James E. Morgan
                                              Counsel for Stoyan Kokocharov

James E. Morgan (Fed I.D. No. 90785074)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:  312.456.3414
Jem@h2law.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 26th of November, 2018, a true and correct copy of the foregoing **Notice and Motion of Stoyan Kokocharov for Relief from the Automatic Stay** was served upon all parties (or attorneys of all parties) of record to the above cause via electronic filing using the CM/ECF system and/or by mailing a copy, postage pre-paid to all parties listed and in the manner indicated on the Service List below.

                                                      /s/ James E. Morgan
                                                      Counsel for Stoyan Kokocharov

## SERVICE LIST

**ECF Service:**

Jeffrey Strange
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
jstrangelaw@aol.com

Patrick Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Rm. 873
Chicago, IL 60604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 18-30089 |
| CHICAGO SURGICAL CLINIC, LTD | Chapter 11 |
| | Judge LaShonda A. Hunt |
| Debtor. | **November 29, 2018 at 10:00 a.m.** |

**NOTICE OF MOTION OF STOYAN KOKOCHAROV**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Stoyan Kokocharov, M.D. ("Dr. Kokocharov"), through his undersigned counsel, hereby moves this Court, pursuant to Section 362 of title 11 of the United States Code to lift the automatic stay to allow Dr. Kokocharov file a cross-appeal in the case of *Stoyan Kokocharov v. Chicago Surgical Clinic, LTD, et al.*, Case No. 2015-L-09354, in the Circuit Court of Cook County (hereinafter the "State Court Action"). In support of his Motion, Dr. Kokocharov states as follows:

**JURISDICTION AND VENUE**

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief requested herein is Section 362 of the Bankruptcy Code ("Section 362").

**BACKGROUND**

After a five-day jury trial in the State Court Action, the Honorable Margaret Brennan entered a Final Judgment for $726,427.10 in favor of Dr. Kokocharov and against his employer

4

(the debtor in this case) Chicago Surgical Clinic, Ltd. ("CSC") for violations of the Illinois Wage Payment and Collection Act. A copy of the Final Judgment Order dated June 26, 2018 is attached as **Exhibit A**. Judgment was also entered jointly and severally against CSC's owner, (Yelena Levitin) and her husband (Sam Reynish). *Id.* The Defendants (CSC, Levitin, and Reynish) filed post-trial motions in the State Court Action, all of which were denied on October 25, 2018. A copy of the Order denying Defendants' Post-Trial Motions is attached as **Exhibit B**.

The day after Judge Brennan denied Defendants' Post-Trial Motions, CSC filed its voluntary Chapter 11 Petition. CSC's sole reason for filing bankruptcy is the judgment Dr. Kokocharov has against it. *See* **Exhibit C** (CSC's Declaration dated November 9, 2018, in which its owner (Levitin) states that "the reason for filing this chapter 11 proceeding was the entry of [Dr. Kokocharov's] judgment … in the amount of $726,427.01").

On November 23, 2018, CSC filed a Notice of Appeal in the State Court Action, seeking to reverse the judgment. No appeal bond was filed.

## RELIEF REQUESTED

By this Motion, Dr. Kokocharov hereby requests that the automatic stay be lifted to allow him to file a cross-appeal against CSC to protect his statutory rights under the Illinois Wage payment and Collection Act, specifically for the fees that Dr. Kokocharov incurred in successfully responding to Defendants' Post-Trial Motions.

## BASIS FOR RELIEF

Under 11 U.S.C. § 362(d), a creditor may move for relief from the automatic stay for cause. In this instance, the "cause" is that after CSC filed for Chapter 11, it then filed a Notice of Appeal (without bond) seeking reversal of Dr. Kokocharov's judgment against it. To protect Dr. Kokocharov's statutory right to the payment of his wages under the Illinois Wage Payment and

Collection Act, he requests relief from the stay so that he may assert his cross-appeal against CSC. *See Grant v. Thurston Grp., Inc.*, 186 B.R. 659, 662 (N.D. Ill. 1995) (holding a creditor was entitled to relief from automatic stay to perfect its state court appeal). No prejudice to other creditors will result, since CSC admits that its sole reason for filing bankruptcy was Dr. Kokocharov's judgment, and CSC avers that it is "profitable and continues to be so" otherwise. *See* Ex. C, para. 8.

**WHEREFORE,** Dr. Kokocharov respectfully requests that this Court terminate the automatic stay to allow Dr. Kokocharov to file his cross-appeal against CSC, and grant such other relief as this Court deems just and proper.

Dated:  November 26, 2018                Respectfully submitted,

**STOYAN KOKOCHAROV**

By:  /s/ James E. Morgan
     Counsel for Stoyan Kokocharov

James E. Morgan (Fed I.D. No. 90785074)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone:  312.456.3414
Jem@h2law.com