IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STOYAN KOKOCHAROV, | ) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) Case No. 2015-L-009354 |
| CHICAGO SURGICAL CLINIC, LTD. | ) |
| Defendant/ Counterplaintiff, | ) |
| YELENA LEVITIN and SAM D. REYNISH | ) |
| Defendants. | ) |

### FINAL JUDGMENT

This matter coming to be heard on Plaintiff's Petition for Fees and Costs and for entry of final judgment, counsel for all parties being present, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

### Dr. Kokocharov's Complaint

1. On Dr. Kokocharov's Count I for violation of the Illinois Wage Payment and Collection Act, final judgment is entered for Stoyan Kokocharov and against Chicago Surgical Clinic, Ltd. ("CSC"), Yelena Levitin, and Sam D. Reynish, jointly and severally, in the amount of $726,427.10, which is comprised of the following:

   (a) $74,312.90 in unpaid compensation, plus statutory interest (2% per month) thereon in the amount of $113,147.86, which continues to accrue at the rate of $48.86 per day;

   (b) $74,392.20 in unpaid vacation, plus statutory interest (2% per month) thereon in the amount of $60,947.77, which continues to accrue at the rate of $48.91 per day; and

   (c) Reasonable attorneys' fees and costs in the amount of $406,670.09.

2. On Dr. Kokocharov's Count II for breach of contract, final judgment is entered for Dr. Kokocharov and against Chicago Surgical Clinic, Ltd., in the amount of $182,074.66, which is comprised of the following:


EXHIBIT A

(a) $74,312.90 in unpaid compensation, plus prejudgment interest (5% per annum) thereon in the amount of $23,715.76.

(b) $74,392.20 in unpaid vacation, plus prejudgment interest (5% per annum) thereon in the amount of $12,697.52.

3. Collectively, for Counts I and II referenced above, Dr. Kokocharov is entitled to recover no more than $726,427.10 (plus interest that accrues post judgment, as accrued).

### CSC's Counterclaims

4. Pursuant to the jury's verdict, final judgment on CSC's counterclaims I, III, and IV, is entered against CSC and for Dr. Kokocharov.

5. On CSC's counterclaim for breach of restrictive covenant (Count II), final judgment is entered against CSC and for Dr. Kokocharov.

5. On CSC's counterclaim for breach of fiduciary duty (Count V), final judgment is entered against CSC and for Dr. Kokocharov.

6. This judgment is final and appealable, the Court finding that there is no just reason for delaying either enforcement or appeal or both.

Judge Margaret Ann Brennan

JUN 26 2018

Entered: _____

Circuit Court - 1846

Prepared by:

Christopher C. Kendall
J'Aimee C. Crockett
Law Office of Christopher C. Kendall, P.C.
190 S. LaSalle St., Suite 3850
Chicago, Illinois 60603
312.606.8641 (Tel.)
ckendall@ckendall.com
Atty. No. 34702

2