**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 18-30089** |
| **Chicago Surgical Clinic Ltd.,** | ) | **Hon. LaShonda A. Hunt** |
| | ) | **Chapter 11** |
| Debtor. | ) | **Hearing Date: December 19, 2018** |
| | ) | **Hearing Time: 10:00 a.m.** |
| | ) | |

To:  See attached service list

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on ***Wednesday, December 19, 2018 at 10:00 a.m.*** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A Hunt in Courtroom 719,  219  S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be presiding in said Judge's place and staid, and shall then and there present  **Debtor's Motion for Abstention,** a copy  of which is attached and is hereby served upon you.

*/s/ Jeffrey Strange*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this cause, deposes and states on oath that he served the abovementioned document, a copy of which is attached hereto, upon the foregoing parties, by electronic transmission pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/ Electronic Case Filing System, and/or by U.S. Mail with proper postage prepaid from Wilmette, Illinois on the 6th of December , 2018 before the hour of 5:30 p.m.

*/s/Jeffrey Strange*

Jeffrey Strange
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
847/256-7377
fax: 847/256-1681
jstrangelaw@aol.com

## SERVICE LIST VIA CM/ECF

First Bank and Trust/ Byline
c/o Tejal S. Desai Latimer
LeVay Fyock LLC
tdesai@llflegal.com

Patrick S. Layng
Office of the U.S. Trustee, Region 11
USTPRegion11.ES.ECF@usdoj.gov

Denise.DeLaurent@usdoj.gov

Stoyan Kokochorov
c/o Christopher Kendall
ckendall@ckendall.com

James E. Morgan
Howard & Howard Attorneys PLLC
Representing Stoyan Kokocharov
jem@h2law.com, smckinney@howardandhoward.com

Pravati SPV II LLC
4400 N Scottsdale Road #9277
Scottsdale, AZ 85251
alex@pravaticapital.com

United Healthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408
Vanessa_sakyi@uhc.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 18-30089** |
| **Chicago Surgical Clinic Ltd.,** | ) | **Hon. LaShonda A. Hunt** |
| | ) | **Chapter 11** |
| Debtor. | ) | **Hearing Date:** |
| | ) | **Hearing Time:** |
| | ) | |

**DEBTOR'S MOTION FOR ABSTENTION**

Comes Now Chicago Surgical Clinic Ltd., Debtor in Possession and a Plaintiff in

the above-styled cause, moves the Court to abstain from hearing case 2016 L 010121

pending in the Circuit Court of Cook County and styled Yelena Levitin and Chicago

Surgical Clinic, Ltd., v. Advanced Surgical Associates and Northwest Community

Hospital et.al. pursuant to 28 U.S.C. 1334(c), and respectfully represents to the Court the

following:

1. Chicago Surgical Clinic Ltd. is one of two Plaintiffs in the above-styled cause

which was filed in the Circuit Court of Cook County, Illinois and remains pending.  The

two Plaintiffs are Dr. Yelena Levitin and Chicago Surgical.  Chicago Surgical's presence

is more nominal in regard to most counts.  A copy of the state court complaint is attached

as Exhibit A.

2. The case started out in the United States District Court for the Northern District

of Illinois and a discrimination case based upon gender.  Certain counts were dismissed

by the District Court and re-filed in the Circuit Court of Cook County.  Certain

discrimination claims remained in the District Court.  The Seventh Circuit is considering

3

certain claims that were dismissed by the District Court.  Oral argument has been completed before the Seventh Circuit.

3. The Cook County case is based upon breach of contract and has been pending since 2016 in the Circuit Court of Cook County.

4. An Order for Relief under Chapter 11 of the Bankruptcy Code was entered on October 26, 2018.

5.  The Bankruptcy Court has jurisdiction over the case referenced above under 28 U.S.C. §§ 1334, 157(a), 151 and 1352 because it is related to the bankruptcy of Chicago Surgical Clinic Ltd.  The United States Supreme Court has noted, "related to" bankruptcy proceedings include (1) causes of action owned by the debtor which become property of the estate pursuant to 11 U.S.C. § 541, and (2) suits between third parties which have an effect on the bankruptcy estate. *Celotex Corp. v. Edwards,* 514 U.S. 300, 308 n. 5, 115 S.Ct. 1493, 131 L.Ed.2d 403 (1995).  The suit against Northwest Community Hospital and the other three defendants falls into the first category.

6.  The state court where the matter was originally filed is able to timely adjudicate the matter. Discovery is now pending, motions for summary judgment have been filed and it is anticipated that the court will be able to try the matter in a timely manner.

7.  The District Court and Seventh Circuit portion of the case is nearing resolution by the courts.


*/s/ Jeffrey Strange*


4

## CERTIFICATE OF SERVICE

Please take notice that on December 6, 2018 the undersigned, an attorney, caused to be served upon all parties of record through the Court's CM/ECF filing system  Debtor's Motion for Abstention, a copy of which is attached hereto.

*/s/ Jeffrey Strange*

Jeffrey Strange & Associates
Attorney for debtor
717 Ridge Road
Wilmette, Illinois 60091
ARDC # 3122923
T: (847) 256-7377;
F: (847) 256-1681
jstrangelaw@aol.com

5