## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 18-30089 |
| **CHICAGO SURGICAL CLINIC, LTD,** | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable LaShonda A. Hunt |
| | ) |
| | ) |
| | ) |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This cause coming to be heard on the Motion (the "Motion) of Stoyan Kokocharov ("Dr. Kokocharov") for Relief from the Automatic Stay, due notice having been given:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is Granted; and

2. The automatic stay is hereby lifted to allow (i) Dr. Kokocharov to file and prosecute his appeal and otherwise defend his judgment; and (ii) Chicago Surgical Clinic, Ltd. To file and prosecute its appeal, both in the case of Stoyan Kokocharov v. Chicago Surgical Clinic, Ltd, et al., Case No. 2015-L-09354, in the Circuit Court of Cook County.

Entered:

_LaShonda A. Hunt_
Honarable LaShonda A. Hunt
U.S. Bankruptcy Judge

**Dated: November 29, 2018**

**Prepared by:**
James E. Morgan (FED ID No. 90785074)
Howard and Howard Attorneys, PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 372-4000
Fax: (312) 939-5617