UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CHICAGO SURGICAL CLINIC, LTD.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-30089<br><br>Chapter: 11<br>Honorable LaShonda A. Hunt |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

THIS MATTER COMING TO BE HEARD upon the final hearing of the Motion of Chicago Surgical Clinic, LTD., an Illinois corporation, Debtor/Debtor-in-Possession herein ("Debtor"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; any objections having been either being resolved or overruled, this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion are necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral to pay post-petition expenses to third parties to the extent set forth in Exhibit A attached to Debtor's Motion to Authorize Use of Cash Collateral plus ten percent (10%);

B) In return for the Debtors' continued interim use of cash collateral, First Bank and Trust, now known as Byline Bank (the "Lender") is granted the following adequate protection for their claimed secured interests in the following: cash collateral equivalents, including the Debtor's cash and accounts receivable, among other collateral (the "Collateral");

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes their collateral or proceeds;

4. The Debtor will properly maintain the Collateral in good repair and properly manage the Collateral;

5. Lender is granted replacement liens, attaching to the Collateral, but only to the extent of their pre-petition liens. As additional adequate protection Debtor will pay First Bank and Trust, now known as Byline Bank, on the first day of each month all accrued unpaid interest calculated at 5% interest as set forth in the Note in the principal amount of $600,000.00 and shall be at least $2,625.00.

C. The Debtor's use of cash collateral is authorized from January 18, 2019, through plan confirmation, conversion, dismissal, appointment of a trustee, or further order of Court.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:

**Prepared by:**

Tejal S. Desai (ARDC No. 6280834)
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603
Telephone: 312-284-6255
Facsimile: 312-422-8001