## United States Bankruptcy Court
### Northern District of Illinois

In re: __Chicago Surgical Clinic LTD__  
Debtor(s)

Case No. __18-30089__  
Chapter __11__

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing, consisting of __16__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 7, 2019__    Signature __/s/ Y. Levitin__  
Yelena Levitin  
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Chicago Surgical Clinic LTD |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-30089 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                                  Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank, checking account number ending in 6191<br>Citibank, checking account number ending in 3556 | Checking accounts | | $17,192.00 |
| 3.2. | Ben Franklin Bank | Checking | 0917 | $1,000.00 |
| 3.3. | Centrust Bank | Business Money Market | 1864 | $2,200.00 |
| 3.4. | Centrust Bank | Checking | 5041 | $6,139.39 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                                                   $26,531.39
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.

Official Form 206A/B                           Schedule A/B Assets - Real and Personal Property                                  page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor **Chicago Surgical Clinic LTD** Case number (If known) 18-30089
      Name

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     793,302.00    -    634,642.00   = ....     **$158,660.00**
                               face amount                 doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                         **$158,660.00**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials<br>Supplies are ordered for procedures and are used almost immediately. | | $5,000.00 | | $5,000.00 |

20. Work in progress

21. Finished goods, including goods held for resale

22. Other inventory or supplies

23. **Total of Part 5.**                                                                              **$5,000.00**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☒ Yes. Book value     5,000.00    Valuation method             Current Value     5,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No

Debtor    **Chicago Surgical Clinic LTD**                              Case number *(If known)* 18-30089
          Name

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Medical equipment and office equipment. Depreciated value from tax return is $397.399. 10 waiting room chairs; 5 desks; 5 office chairs; 5 side chairs; used office equipment and computers; telephone system; 2 exam tables; misc. equipment. | $397,399.00 | Tax records | $397,399.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>7 computer terminals; 13 telephones; 1 copier. | $0.00 | | $0.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.                                                                                                $397,399.00
    Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |

Part 8:

**#46. Does the debtor own or lease any machinery, equipment or vehicles:**

**46(a) Ailco Equipment Finance Group EFA No. 02086-001L**

    3 Philips Burton AIIM LED Single Ceiling Procdure Light; 3 LED Modules; 45,000 LUX @ 1 Meter; 4300K 5 Yr Limited Warranty, 120 V
(1) Philips Burton AIM LED Dual, Ceiling Mount Procedure Light, 120V, 3 LED Modules, 45,000 LUX @ 1 Meter/Head; 4300K 5 Yr Limited Warranty;
(1) Tuttnauer EZ Automatic Autoclave With Printer, Closed Door Drying, 10" X 19" Chamber, 3 Programmable Cycles, Auto Off With Purge, 120 V

**46(B) Ailco Equipment Finance Group EFA** No. 02086-002L: Two (2) New Brewer Medical Model Assist 7000 Power Examination Tables

**46 (C) Olympus America EFA No. 00116712**

    Btf-H-6 Includes Cpo (2)Gif-Hi80 Kit: Kit Components Include:
Four (4) Cf-Hi80al Cf-Hi80al Evis Exera Ii Hd Colonoscope
Two (2) Gif-Hi80 Gif-Hi 80 Hdtv Nbi Gastrovideoscope
Bttf3 Kit: Kit Components Include
Eight (8) Bw-4i2t* Bw-412t Disp Combo Cleaning Brush
One (I) Clv-I90 Clv-I90 Evis Exera Iii Light Source
One (I) Cv-I90 Cv-190 Evis Exera Iii Video Processor
Eight (8) Fb-220u.A Fb-220u.A (En) Vn
Two (2) Hx-202ur.A * Hx-202ur.A Quickclippro 230 Cm Io/Bx(En)
Two (2) Nm-400u-0525 * Injectorforcemax Lower *25g* 5mm *5ibx*
One (I) Maj-I430 .Maj-I430 Videoscope Cable Evis Exera Ii
Fifteen (Is) Maj-I555* Maj-I555 Disposable Biopsy Valve
Two (2) Nm-400u-0425* Nm-400u-0425 (En)
Five (5) Sd-240u-15* Sd-240u-15 Snaremaster Soft 15mm Disp
1 Hx-202ur.B* Hx-202ur.B Quickclip Pro 230cm 5/Bx (En)
Maj-1916 Maj-1916 Cv-190 Interface Convert Device
ARVI20* Endocuff Vision Large Green I.D. 11.2
Etllll * Wide-Eye Polyptrap 1 Chamber 50lbx
MAJ-1918 MAJ-1918 REMOTE CABLE PERIPH DEVICE 1.8M

    *Consumable Products

**46(D) Firstlease:** Ultrasound Machine

**46(e) Marlin Finance** agreement # 1207764 Sterlizing equipment

**46(f) Marlin Finance** agreement #1208033 Stryker 1288 Camera

**46(g) Wells Fargo Equipment Finance**: Medical Gas Pipeline Equipment, Pneumatic Retractable Ceiling Column Rough In (3) Pneumatic Retractable Ceiling Finished Assembly. 2-Harmony V LED Dual Light Packages, 2 Warming Cabinets Dual Compartments, 2 Single Compartment Warming Cabinets, 3 Vivid Image D 27" HD Surgical Displays, Harmony Eps Ceiling Systems, 2 Amsco 3085-General Surgical Tables, 1 Fleximatic Dual Station Stainless Steel Scrub Station.

**46(h) GE Capital:** OEC 9800 plus digital mobile standard C-Arm PMCare.

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     PLEASE SEE PAGE 3A AND 3B ATTACHED FOR FULL DESCRIPTION OF LEASED PROPERTY
     Property leased from Olympus America Inc: Endoscopy Equipment
     Property leased from First Lease: Ultrasound machine
     Property leased from Marlin (2 leases): a Sterilizer and a Stryker 1288 camera
     Property leased from Ailco (2 leases): Exam lights and Exam tables
     Property leased from GE Capital: Digital mobile C-arm
     Property leased from Wells Fargo Equipment Finance: Medical gas pipeline                $0.00                                         $0.00

51.  **Total of Part 8.**                                                                                                                 $0.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:  Real property**

54.  **Does the debtor own or lease any real property?**
     ☐ No. Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Leases from Rand Road Center LLC. Rent is $12,500 per month.  Oral lease. | | $0.00 | | $0.00 |

| Debtor | **Chicago Surgical Clinic LTD** | Case number *(If known)* 18-30089 |
|---|---|---|
| | Name | |

| | 55.2. | **Chicago Surgical Ltd leases space to Multi Mobile Imaging. Monthly rent of $2,400.** | | $0.00 | | $0.00 |
|---|---|---|---|---|---|---|

---

56. **Total of Part 9.** $0.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   Current value of
   debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Chicago Surgical v Advanced Surgical Assoc. Cook County Law Division, 2016 L 010121
    Levitin and Chicago Surgical Clinic v Northwest Community Hospital Federal Court, 13 CV 5553

    | Nature of claim | Judgment |
    |---|---|
    | Amount requested | $50,000.00 |

    $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor   **Chicago Surgical Clinic LTD**                             Case number *(If known)* **18-30089**
         <sub>Name</sub>

country club membership

78. **Total of Part 11.**                                                                    $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,531.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $158,660.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $397,399.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $587,590.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $587,590.39 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ailco Equipment Finance Group Inc.**<br>Creditor's Name<br><br>W222N833 Cheaney Dr<br>Waukesha, WI 53186<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Please see Exhibit A following this section**<br><br>Describe the lien<br>**Lease Agreement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,522.11 | $6,522.00 |
| **2.2** **Ailco Equipment Finance Group Inc.**<br>Creditor's Name<br><br>W222N833 Cheaney Dr<br>Waukesha, WI 53186<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Please see Exhibit A following this section**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $7,764.00 | $7,764.00 |

| Debtor | Chicago Surgical Clinic LTD | Case number (if know) | 18-30089 |
|---|---|---|---|

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **First Bank & Trust**
Creditor's Name

**820 Church Street**
**Evanston, IL 60201**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2017**
Last 4 digits of account number
**0057**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Commercial security agreement UCC #019567494, Accounts Receivable and dragnet clause that covers everything.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

$600,000.00        $600,000.00

---

**2.4** **Firstlease Inc.**
Creditor's Name

**1 Walnut Grove Drive**
**Suite 300**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC File # 022516868; Please see Exhibit A following this section**

Describe the lien
**Lease Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

$22,409.42        $22,409.42

---

**2.5** **GE HFS LLC**
Creditor's Name

**PO Box 414, W-490**
**Milwaukee, WI 53201**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC File # 022335367**
**X-Ray DEC 9800 plus digital mobile standard C-arm PM care; Please see Exhibit A following this section**

Describe the lien
**Lease Agreement**

Is the creditor an insider or related party?
■ No

$51,666.65        $51,666.65

---

| Debtor | Chicago Surgical Clinic LTD | Case number (if know) | 18-30089 |
|---|---|---|---|

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No

Last 4 digits of account number

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Marlin Equipment Finance | Describe debtor's property that is subject to a lien | $39,800.00 | $39,800.00 |
|---|---|---|---|---|

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ
08054-1201

**Please see Exhibit A following this section**

Creditor's mailing address

Describe the lien
**Lease Agreemenet**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No

Last 4 digits of account number

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | Marlin Equipment Finance | Describe debtor's property that is subject to a lien | $60,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ 08054

**Please see Exhibit A following this section**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No

Last 4 digits of account number
**Lease Agreement**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.8 | Olympus America Inc. | Describe debtor's property that is subject to a lien | $105,043.95 | $105,043.95 |
|---|---|---|---|---|

| Debtor | Chicago Surgical Clinic LTD | Case number (if know) | 18-30089 |
|---|---|---|---|

Creditor's Name

3500 Corporate Parkway
Center Valley, PA 18034

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Please see Exhibit A following this section
Property leased from Olympus America Inc:
Endoscopy Equipment

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Pravati SPV II LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**4400 N Scottsdale Road
Suite 9277
Scottsdale, AZ 85251**
Creditor's mailing address

alex@pravaticapital.com
Creditor's email address, if known

Date debt was incurred
**11/2/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

UCC File #022844873; Contingency fee agreement

Describe the lien
**Lien on proceeds of 16 L 010121 Chicago Surgical / Advanced Surgical et al**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Wells Fargo Bank N.A.** | Describe debtor's property that is subject to a lien | $133,329.00 | $133,329.00 |
|---|---|---|---|---|

Creditor's Name

**300 Tri-State International
Suite 4
Lincolnshire, IL 60069**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

UCC File # 020516437: 2 Harmony VLED Dual light; 2 warming cabinets dual; 3 vivid image 0-27" HD surgical display; EMS ceililng system; 2 AMSCO 3085 general surgical tables; Flexmatic scrub station. Please see Exhibit A following this sect

Describe the lien
**Lease Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

Last 4 digits of account number                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.1 1 | Wells Fargo Bank N.A. | Describe debtor's property that is subject to a lien | $8,490.00 | $8,490.00 |
|---|---|---|---|---|
| | Creditor's Name | **Please see Exhibit A following this section** | | |
| | 300 Tri-State International Suite 4 Lincolnshire, IL 60069 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Lease Agreement** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,035,025.13

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Steris Corporation 5960 Helsely Rd Mentor, OH 44060 | Line 2.6 | |

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Chicago Surgical Ltd guaranteed a loan between Byline Bank and Rand Road Center, LLC in the amount of $2,800,000. | |
| | State the term remaining | | Byline Bank |
| | List the contract number of any government contract | | First Bank Evanston 820 Church Street Evanston, IL 60201 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Misc. Medical (Ultrasound) equipment @ $1408.06/month for 60 months with purchase option | |
| | State the term remaining | | Firstlease |
| | List the contract number of any government contract | | 1 Walnut Grove Suite 300 Horsham, PA 19044 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of OEC 9800 Plus Digital Mobile Standard C-Arm at $1,348.56/month for 60 months with purchase option | |
| | State the term remaining | 4 years | GE Capital |
| | List the contract number of any government contract | | PO Box 4586 New York, NY 10163 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Stryker 1288 Camera @ $796.40/month for 66 months | |
| | State the term remaining | 5 years | Marlin Equipment Finance |
| | List the contract number of any | | 300 Fellowship Road Mount Laurel, NJ 08054 |

**Additional Page if You Have More Contracts or Leases**

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Sterilizer @896.17/month for 60 months | |
| | State the term remaining | 4 years | Marlin Equipment Finance<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Misc. medical (endoscopy) equipment @ $2786.31/month for 60 months with purchase option | |
| | State the term remaining | 3 years | Olympus Financial Services<br>3500 Corporate Parkway<br>Center Valley, PA 18034 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Partial interest in lawsuit: Levitin v Northwest Community Hospital 2016 L 010121 | |
| | State the term remaining | | Pravati SPV II LLC<br>4400 N Scottsdale Road<br>Suite 9277<br>Scottsdale, AZ 85251 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Medical gas pipeline equipment at $485.19/month for 60 months with purchase option | |
| | State the term remaining | 2 years | Wells Fargo Equipment Finance<br>300 Tri-State International<br>Suite 400<br>Lincolnshire, IL 60069 |
| | List the contract number of any government contract | | |

Debtor 1 Chicago Surgical Clinic LTD  
First Name / Middle Name / Last Name

Case number (if known) 18-30089

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | $3,537.28/month for 60 months for lease of 2 Harmony V-LED Dual like packages; 2 warming cabinets dual compartments; 2 single compartments warming cabinets; 3 vividimage d 27" HD surgical displays; harmony EMS ceiling systems; 2 amsco 3085 general surgical tables; 1 flexmatic dual station stainless steel scrub station. | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Equipment Finance |
| | List the contract number of any government contract | | 300 Tri-State International Suite 400 Lincolnshire, IL 60069 |